AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whaley, Robert H. | United States District Court | 04/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
920 W. Riverside, 8th Floor
Spokane, WA 99201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | University Trustee | Eastern Washington University (term extended 6 yrsrs0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State of Washigton, Eastern Washington University | 4/25 | Spokane, Wa. | meeting | per diem |
| 2. | State of Washington, Eastern Washington University | 4/257/10 | Spokane | meetings | per diem,travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT (H): | | | | | | | | | |
| 2. -Core Cash Account | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. FIDELITY EDUCATION ACCOUNT (H): | | None | | | | | | | |
| 5. -4-NH Aggressive Growth Portfolio (Fidelity FDS) (no control) | | | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. FIDELITY INVESTMENTS IRA (H): | | | | | | | | | |
| 8. -Fidelity Four in One Index Mutual Fund | B | Dividend | N | T | Sold (part) | 01/17/18 | K | E | |
| 9. | B | Dividend | N | T | Sold (part) | 01/31/18 | J | A | |
| 10. | B | Dividend | N | T | Sold (part) | 02/28/18 | J | A | |
| 11. | B | Dividend | N | T | Sold (part) | 03/28/18 | J | A | |
| 12. | B | Dividend | N | T | Sold (part) | 04/30/18 | J | A | |
| 13. | B | Dividend | N | T | Sold (part) | 05/31/18 | J | A | |
| 14. | B | Dividend | N | T | Sold (part) | 06/28/18 | J | A | |
| 15. | B | Dividend | N | T | Sold (part) | 07/31/18 | J | A | |
| 16. | B | Dividend | N | T | Sold (part) | 08/30/18 | J | A | |
| 17. | B | Dividend | N | T | Sold (part) | 09/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Dividend | N | T | Sold (part) | 10/31/18 | J | A | |
| 19. | B | | | | Sold (part) | 11/29/18 | J | A | |
| 20. -First Eagle Global Class A Mutual Fund | A | Dividend | L | T | Sold (part) | 02/01/18 | J | A | |
| 21. | A | Dividend | L | T | Sold (part) | 03/01/18 | J | A | |
| 22. | A | Dividend | L | T | Sold (part) | 03/29/18 | J | A | |
| 23. | A | Dividend | L | T | Sold (part) | 04/30/18 | J | A | |
| 24. | A | Dividend | L | T | Sold (part) | 06/01/18 | J | A | |
| 25. | A | Dividend | L | T | Sold (part) | 06/29/18 | J | A | |
| 26. | A | Dividend | L | T | Sold (part) | 08/01/18 | J | A | |
| 27. | A | Dividend | L | T | Sold (part) | 08/31/18 | J | A | |
| 28. | A | Dividend | L | T | Sold (part) | 10/01/18 | J | A | |
| 29. | A | Dividend | L | T | Sold (part) | 11/01/18 | J | A | |
| 30. | A | Dividend | L | T | Sold (part) | 11/30/18 | J | A | |
| 31. -Vanguard Wellington Investor Mutual Fund | B | Dividend | M | T | Sold (part) | 01/31/18 | J | A | |
| 32. | A | Dividend | M | T | Sold (part) | 02/28/18 | J | A | |
| 33. | A | Dividend | M | T | Sold (part) | 03/28/18 | J | A | |
| 34. | A | Dividend | M | T | Sold (part) | 04/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Dividend | M | T | Sold (part) | 05/31/18 | J | A | |
| 36. | A | Dividend | M | T | Sold (part) | 06/29/18 | J | A | |
| 37. | A | Dividend | M | T | Sold (part) | 07/31/18 | J | A | |
| 38. | A | Dividend | M | T | Sold (part) | 08/30/18 | J | A | |
| 39. | A | Dividend | M | T | Sold (part) | 09/28/18 | J | A | |
| 40. | A | Dividend | M | T | Sold (part) | 10/31/18 | J | A | |
| 41. | A | Dividend | M | T | Sold (part) | 11/29/18 | J | A | |
| 42. -Fidelity Cash Reserve | A | Interest | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. FIDELITY INVESTMENTS (H): | | | | | | | | | |
| 45. -Fidelity Govt Cash Reserves | F | Dividend | M | T | | | | | |
| 46. -Fidelity Total Mkt Index Premium Cl Mutual Fund | A | Dividend | M | T | Sold (part) | 01/31/18 | J | A | |
| 47. | A | Dividend | M | T | Sold (part) | 02/28/18 | J | A | |
| 48. | A | Dividend | M | T | Sold (part) | 03/28/18 | J | A | |
| 49. | A | Dividend | M | T | Sold (part) | 04/30/18 | J | A | |
| 50. | A | Dividend | M | T | Sold (part) | 05/31/18 | J | A | |
| 51. | A | Dividend | M | T | Sold (part) | 06/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | M | T | Sold (part) | 07/31/18 | J | A | |
| 53. | A | Dividend | M | T | Sold (part) | 08/30/18 | J | A | |
| 54. | A | Dividend | M | T | Sold (part) | 09/28/18 | J | A | |
| 55. | A | Dividend | M | T | Sold (part) | 10/31/18 | J | A | |
| 56. | A | Dividend | M | T | Sold (part) | 11/02/18 | J | A | |
| 57. | A | Dividend | M | T | Sold (part) | 11/29/18 | J | A | |
| 58. | A | Dividend | M | T | Sold (part) | 12/31/18 | J | A | |
| 59. -Vanguard Bal'd Index Investor Cl Mutual Fund | A | Dividend | N | T | Sold (part) | 01/31/18 | J | A | |
| 60. | A | Dividend | N | T | Sold (part) | 02/28/18 | J | A | |
| 61. | A | Dividend | N | T | Sold (part) | 03/28/18 | J | A | |
| 62. | A | Dividend | N | T | Sold (part) | 04/30/18 | J | A | |
| 63. | A | Dividend | N | T | Sold (part) | 05/31/18 | J | A | |
| 64. | A | Dividend | N | T | Sold (part) | 06/28/18 | J | A | |
| 65. | A | Dividend | N | T | Sold (part) | 07/31/18 | J | A | |
| 66. | A | Dividend | N | T | Sold (part) | 08/30/18 | J | A | |
| 67. | A | Dividend | N | T | Sold (part) | 09/28/18 | J | A | |
| 68. | A | Dividend | N | T | Sold (part) | 10/31/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Dividend | N | T | Sold (part) | 11/29/18 | J | A | |
| 70. | A | Dividend | N | T | Sold (part) | 12/31/18 | J | A | |
| 71.   -Vanguard Wellington Investor Mutual Fund | B | Dividend | N | T | Sold (part) | 01/31/18 | J | A | |
| 72. | B | Dividend | M | T | Sold (part) | 02/28/18 | J | A | |
| 73. | B | Dividend | N | T | Sold (part) | 03/28/18 | J | A | |
| 74. | B | Dividend | N | T | Sold (part) | 04/30/18 | J | A | |
| 75. | B | Dividend | N | T | Sold (part) | 05/31/18 | J | A | |
| 76. | B | Dividend | N | T | Sold (part) | 06/28/18 | J | A | |
| 77. | B | Dividend | N | T | Sold (part) | 07/31/18 | J | A | |
| 78. | B | Dividend | N | T | Sold (part) | 08/30/18 | J | A | |
| 79. | B | Dividend | N | T | Sold (part) | 09/28/18 | J | A | |
| 80. | B | Dividend | N | T | Sold (part) | 10/31/18 | J | A | |
| 81. | B | Dividend | N | T | Sold (part) | 11/29/18 | J | A | |
| 82. | B | Dividend | N | T | Sold (part) | 12/31/18 | J | | |
| 83.   -Vanguard High Dividend Index Fd Investor Cl Mutual Fund | A | Dividend | M | T | Sold (part) | 01/31/18 | J | A | |
| 84. | A | Dividend | M | T | Sold (part) | 02/28/18 | J | A | |
| 85. | A | Dividend | M | | Sold (part) | 03/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | M | T | Sold (part) | 04/30/18 | J | A | |
| 87. | A | Dividend | M | T | Sold (part) | 05/31/18 | J | A | |
| 88. | A | Dividend | M | T | Sold (part) | 06/28/18 | J | A | |
| 89. | A | Dividend | M | T | Sold (part) | 07/31/18 | J | A | |
| 90. | A | Dividend | M | T | Sold (part) | 08/30/18 | J | A | |
| 91. | A | Dividend | M | T | Sold (part) | 09/28/18 | J | A | |
| 92. | A | Dividend | M | T | Sold (part) | 10/31/18 | J | A | |
| 93. | A | Dividend | M | T | Sold (part) | 10/29/18 | J | A | |
| 94. | A | Dividend | M | T | Sold (part) | 12/31/18 | J | | |
| 95. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 96. | A | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 97. | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 98. | A | Dividend | J | T | Sold (part) | 04/30/18 | J | A | |
| 99. | A | Dividend | J | T | Sold (part) | 05/31/18 | J | A | |
| 100. | A | Dividend | J | T | Sold (part) | 06/28/18 | J | A | |
| 101. | A | Dividend | J | T | Sold (part) | 07/31/18 | J | A | |
| 102. | A | Dividend | J | T | Sold (part) | 08/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | J | T | Sold (part) | 09/28/18 | J | A | |
| 104. | A | Dividend | J | T | Sold (part) | 10/31/18 | J | A | |
| 105. | A | Dividend | J | T | Sold (part) | 11/29/18 | J | A | |
| 106. | A | Dividend | J | T | Sold (part) | 12/31/18 | J | A | |
| 107.   -Fidelity Strategic Income Mutual Fund | A | Dividend | K | T | Sold (part) | 01/31/18 | J | A | |
| 108. | A | Dividend | K | T | Sold (part) | 02/28/18 | J | A | |
| 109. | A | Dividend | K | T | Sold (part) | 03/28/18 | J | A | |
| 110. | A | Dividend | K | T | Sold (part) | 04/27/18 | J | | |
| 111. | A | Dividend | K | T | Sold (part) | 04/30/18 | J | A | |
| 112. | A | Dividend | K | T | Sold (part) | 05/31/18 | J | A | |
| 113. | A | Dividend | K | T | Sold (part) | 06/28/18 | J | A | |
| 114. | A | Dividend | K | T | Sold (part) | 07/31/18 | J | A | |
| 115. | A | Dividend | K | T | Sold (part) | 08/30/18 | J | A | |
| 116. | A | Dividend | K | T | Sold (part) | 09/28/18 | J | | |
| 117. | A | Dividend | K | T | Sold (part) | 10/31/18 | J | | |
| 118. | A | Dividend | K | T | Sold (part) | 11/29/18 | J | | |
| 119. | A | Dividend | K | T | Sold (part) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Amgen Inc. Common Stock | B | Dividend | K | T | | | | | |
| 121. -Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 122. | | | | | | | | | |
| 123. Bank of America Cash Accounts (See VIII) | A | Interest | K | T | | | | | |
| 124. | | | | | | | | | |
| 125. MassMutual: Paid-Up Whole Life (See VIII) | A | Dividend | L | T | | | | | |
| 126. | | | | | | | | | |
| 127. MassMutual: Whole Life | A | Dividend | L | T | | | | | |
| 128. | | | | | | | | | |
| 129. New York Life: Whole Life | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. CBSSKII, LLC | B | Distribution | J | U | | | | | |
| 132. | | | | | | | | | |
| 133. WELLS FARGO (H): | | | | | | | | | |
| 134. -American Balanced Fund Mutual Fund | C | Dividend | L | T | Sold (part) | 03/15/18 | J | A | |
| 135. | A | Dividend | L | T | Sold (part) | 06/14/18 | J | A | |
| 136. | A | Dividend | L | T | Distributed (part) | 11/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Dividend | L | T | Sold (part) | 12/19/18 | J | A | |
| 138. | | | | | | | | | |
| 139.  -Capital Income Builder Mutual Fund | A | Dividend | J | T | Sold (part) | 03/15/18 | J | A | |
| 140. | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 141. | A | Dividend | J | T | Sold (part) | 09/13/18 | J | A | |
| 142. | A | Dividend | J | T | Sold (part) | 12/20/18 | J | A | |
| 143.  -Income Fund of America Mutual Fund | A | Dividend | K | T | Sold (part) | 03/15/18 | J | A | + |
| 144. | A | Dividend | K | T | Sold (part) | 06/14/18 | J | A | |
| 145. | A | Dividend | K | T | Sold (part) | 09/13/18 | J | A | |
| 146. | A | Dividend | K | T | Sold (part) | 12/19/18 | J | A | |
| 147.  -Investment Company of American Mutual Fund | A | Dividend | L | T | Sold (part) | 06/14/18 | J | A | |
| 148. | A | Dividend | L | T | Sold (part) | 09/17/18 | J | A | |
| 149. | A | Dividend | L | T | Sold (part) | 03/19/18 | J | A | |
| 150. | A | Dividend | L | T | Sold (part) | 12/20/18 | J | A | |
| 151.  -Wells Fargo Cash Sweep Account | A | Interest | J | T | | | | | |
| 152. | | | | | | | | | |
| 153.  Mineral Interest, Sutter County, CA | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 04/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Page ____, line ____: On 11-02-18, Fidelity Total Market Index Premiu, Class Mutual Fund merged with Fidelity Total Market Index Institutional Premium Class Mutual Fund.

2) Page ____, line ____: On 4-27-19, Fidelity Strategic Income Fund merged with Fidelity Strategic Income Fund (funds named the same).

3) Page ____, line ____: On 11-02-18, Fidelity Total Market Index Premiu, Class Mutual Fund merged with Fidelity Total Market Index Institutional Premium Class Mutual Fund.

4. Part 111 IV. My ▓▓▓▓ is a Washington State Park Comissioner appointed by the Governor. ▓▓ gets reembursed by the State of Washington for expenses incurred in attending official events.
I was advised by your staff that ▓▓ payments from the State do not need to be reported.
   I am a Trustee of Eastern Washington University appointed by the Governor. I get reembursed by the State of Washington for exspenses incurred in attending official events.
 I was advised by your staff that my payments from the State need to be reported. The information provided for Par IV says that I do not have to report reembursement from a non-governmental source. It seems to me that my reembursement is the same as ▓▓▓▓▓▓ but I have followed your interpretation.

5. Line 5 covers 529 account for ▓▓▓▓▓▓▓. I listed no income because no income is on the statement. I called Fidelity Investiments and they told me that there is no income.

c

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Whaley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544